SEYFARTH SHAW LLP
Ari Hersher (SBN 260321)
ahersher@seyfarth.com
Ryan McCoy (SBN 276026)
rmccoy@seyfarth.com
Petersen D. Walrod
pwalrod@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:  (415) 397-2823
Facsimile:   (415) 397-8549

Attorneys for Defendant
BLUE & GOLD FLEET, LP, PATRICK MURPHY,
KENT MCGRATH, and ADEN ANDERSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES PEEPLES and RYAN BOATRIGHT, on behalf of themselves and all others similarly situated;<br><br>                        Plaintiffs,<br><br>        v.<br><br>BLUE & GOLD FLEET, LP, a California limited partnership; PATRICK MURPHY, KENT MCGRATH, ADEN ANDERSON, as individuals; and DOES 1 through 100, inclusive,<br><br>                        Defendants. | Case No. 3:26-cv-05391-JSC<br><br>[PROPOSED] ORDER GRANTING JOINT STIPULATION TO DISMISS THE SIXTH CAUSE OF ACTION FOR OVERTIME, DISMISS THE INDIVIDUAL DEFENDANTS, AND REMAND THE CASE<br><br><br>Complaint Filed:    February 20, 2026 |

Having considered the Parties' stipulation, and finding good cause therefor, the Court hereby GRANTS the Parties' stipulated request, and orders as follows:

1.     The Class Action Complaint's Sixth Cause of Action for Overtime is dismissed, with prejudice with respect to Plaintiffs James Peeples and Ryan Boatright, and is dismissed without prejudice as to other potential class members.

2.     The Class Action Complaint is dismissed, without prejudice, as to Defendants PATRICK MURPHY, KENT MCGRATH, and ADEN ANDERSON.

3.     The action is REMANDED back to Alameda County Superior Court for all other purposes.

**IT IS SO ORDERED.**

Dated:     July 9, 2026

_____
HON. JACQUELINE SCOTT CORLEY
UNITED STATES DISTRICT JUDGE

327051031v.1

[PROPOSED] ORDER GRANTING STIPULATION BY THE PARTIES TO DISMISS THE SIXTH CAUSE OF ACTION FOR OVERTIME, DISMISS THE INDIVIDUAL DEFENDANTS, AND REMAND THE CASE